IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| VIRGIL A. CHAMBLESS, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 5:10cv00309 SWW |
| | * | |
| | * | |
| PROVIDENT LIFE AND ACCIDENT | * | |
| INSURANCE COMPANY, | * | |
| | * | |
| Defendant. | * | |

ORDER

Pursuant to the stipulation for dismissal filed by the parties [doc.#9], this action is hereby dismissed with prejudice.

IT IS SO ORDERED this 24th day of June 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE